IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CARLOS ARTURO VARGAS; and DIANA CARLAS VARGAS,<br><br>  Plaintiffs,<br><br>  v.<br><br>MERRICK B. GARLAND, Attorney General of the United States; ALEJANNDRO MAYORKAS, Secretary of the Department of Homeland Security; UR M. JADDOU, Director of the United States Citizenship and Immigration Services; and PAUL ONYANGO, Director of the USCIS Atlanta Field Office, Office,<br><br>  Defendants. | CIVIL ACTION NO.: 4:24-cv-183 |

**O R D E R**

Before the Court is a "Consent Motion to Dismiss," signed and filed by both of the pro se Plaintiffs and by counsel for Defendants, in which the parties move to voluntarily dismiss this matter with prejudice. (Doc. 9.) Defendants have not filed an answer or a motion for summary judgment, and all parties consent to the dismissal with prejudice. Accordingly, no motion is necessary and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and (ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 10th day of October, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA